[No. 3,878.]

# E. FLUBACHER v. PATRICK KELLY.

STRIKING OUT COST BILL.—An order denying a motion to strike out a bill of costs can be reviewed only upon an appeal from the judgment.

APPEAL from the District Court, Fifteenth Judicial District City and County of San Francisco.

Action to recover damages for an alleged libel. The jury rendered a verdict in favor of the plaintiff, on the 25th of March, 1873, for one hundred dollars. On the 26th of

March following, the defendant filed his bill of costs, amounting to two hundred and seventy-eight dollars and seventy-five cents, and judgment was entered for the amount of the verdict and costs. After the bill of costs was filed, and before the judgment was entered, the defendant moved to strike the bill of costs from the files, because the verdict was for less than three hundred dollars. The Court, on the 14th day of April, 1873, denied the motion. The defendant appealed from the order denying the motion.

*Porter, Holladay & Weeks,* for the Appellant.

*James B. Townsend,* for the Respondent.

By the Court, NILES, J.:

The motion to strike out the cost bill, if granted, would have effected a modification of the judgment, and the order refusing the motion can be reviewed only upon an appeal from the judgment. (*Lasky* v. *Davis*, 33 Cal., 677.)

Appeal dismissed.

Mr. Justice RHODES did not express an opinion.